IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

H. BROOKS AND COMPANY, LLC,

    Plaintiff,

v.

THE RED ONION, LLC, and STANLEY YERGES,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-455-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered:

1. granting plaintiff H. Brooks and Company, LLC's motion for partial summary judgment on its claims for breach of contract and violation of PACA against The Red Onion, LLC;

2. dismissing all remaining claims against The Red Onion, LLC with prejudice; and

3. dismissing all claims against Stanley Yerges without prejudice.

        /s/                                           9/11/2013
Peter Oppeneer, Clerk of Court                 Date